IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEVANCE D. PINKINS, #224802,       ) | |
| ) | |
| Plaintiff,       ) | |
| ) | |
| vs.       ) | CASE NO. 2:16-cv-132-WHA |
| ) | |
| THE STATE OF ALABAMA, et al.,       ) | (WO) |
| ) | |
| Defendants.       ) | |

# FINAL JUDGMENT

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Defendants, and against the Plaintiff, and this case is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 28th day of March, 2016.

/s/    W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE